SOUTH LAKEWOOD SEWER COMPANY v. OCEAN COUNTY
SEWERAGE AUTHORITY.

October 20, 1980.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF C.S.

October 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS FEELEY.

October 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE ROBINSON.

October 21, 1980.

Petition for certification denied.